12-12-00169-CV

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0362

KELLY DAVIS AND AMBER
DAVIS
v.
REX SMITH AND NANCY SMITH

§
§
§
§
§
§
§

Van Zandt County,

FILED IN COURT OF APPEALS
12th Court of Appeals District 12th District.

AUG 14 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

July 3, 2015



Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, KELLY DAVIS AND AMBER DAVIS, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 13th day of August, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk